UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAMON HILL,<br><br>    Plaintiff,<br><br>vs.<br><br>PAE INCORPORATED, CHARLES D. PEIFFER, MARSHALL A. HEINBERG, PAUL T. BADER, JOHN P. HENDRICKSON, MARY M. JACKSON, LOUIS SAMSON, and DELARA ZARRABI,<br><br>    Defendants. | **Case No.:** 1:21-cv-10630-KPF<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

  Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Ramon Hill ("Plaintiff") voluntarily dismisses this action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: February 16, 2022    **BRODSKY & SMITH**

            By: */s/ Evan J. Smith*
               Evan J. Smith
               240 Mineola Boulevard
               Mineola, NY  11501
               Phone:  (516) 741-4977
               Facsimile (561) 741-0626

               *Attorneys for Plaintiff*